**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

SHENGSHEN XIA, individually; J.X., a minor, named as Plaintiff only and not represented by Shengshen Xia in a non-attorney capacity; Y.X., a minor, named as Plaintiff only and not represented by Shengshen Xia in a non-attorney capacity,

Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION; MANDY FRIEDLAND TAN, individually; JESSICA ONOBIE, individually; JOHN/JANE DOE 1-3, individually; JOHN/JANE DOE 4, individually,

Defendants.

---------------------------------------------------------------------x

RECEIVED
SDNY PRO SE OFFICE
2026 SEP 21 AM 9:16

**Civil Action No.** **1:26-cv-08003-JAV** **(to be assigned upon filing)**

**ORDER TO SHOW CAUSE FOR**
**TEMPORARY RESTRAINING ORDER**
**AND PRELIMINARY INJUNCTION**

Upon the annexed Complaint; the Declaration of Shengshen Xia, executed September 14, 2026; the Second Supplemental Certification and Declaration of Shengshen Xia, executed September 15, 2026; and the exhibits annexed thereto, it is

**ORDERED** that Defendant New York City Department of Education, and the individually named Defendants, show cause before this Court, in Courtroom _____, United States Courthouse, 500 Pearl Street, New York, New York, on ____________________, 2026, at

_______ __.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure preliminarily enjoining Defendants, during the pendency of this action, from:

(a) refusing or delaying the McKinney-Vento dispute-pendency enrollment of Y.X. at P.S. 184M, or excluding Y.X. from attendance there, pending final resolution of the eligibility, school-selection, and enrollment dispute, including all available appeals; and

(b) withholding the written explanation and liaison assistance required by 42 U.S.C. § 11432(g)(3)(E)(ii)-(iii);

and it is further

**ORDERED** that, sufficient cause having been shown, pending the hearing of Plaintiff's application for a preliminary injunction, Defendants are temporarily restrained and enjoined, effective immediately upon service of this Order, from refusing or delaying Y.X.'s immediate dispute-pendency enrollment and attendance at P.S. 184M, or relying on the disputed homeless-status determination itself to deny that temporary enrollment, pending the preliminary-injunction hearing; and it is further

**ORDERED that, in light of Plaintiff's concurrently filed application to proceed in forma pauperis under 28 U.S.C. § 1915, no security shall be required under Fed. R. Civ. P. 65(c), and the bond is set at $0; and it is further**

**ORDERED** that service of a copy of this Order, the Complaint, and all supporting papers upon Defendant New York City Department of Education, through the Office of the Corporation Counsel of the City of New York, by transmission as PDF attachments to the Law Department service mailbox or by such other method as the Court directs, on or before _______ __.m. on ____________________, 2026, shall be deemed good and sufficient service for purposes of this emergency application upon DOE to the extent Corporation Counsel is authorized to accept service for DOE. Nothing in this Order shall be construed as deeming service upon any individually named Defendant; service upon such individuals shall proceed as required by applicable law or further order of the Court.

DATED: New York, New York

September _____, 2026

_________________________________

United States District Judge

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

SHENGSHEN XIA, individually, et al.,

Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

Defendants.

-------------------------------------------------------------------x

**Civil Action No.** **1:26-cv-08003-JAV** **(to be assigned upon filing)**

## SECOND SUPPLEMENTAL CERTIFICATION AND DECLARATION OF SHENGSHEN XIA REGARDING NOTICE UNDER FED. R. CIV. P. 65(b)(1)(B) AND LOCAL CIVIL RULE 6.1(d)

1. I, Shengshen Xia, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows. I am the self-represented Plaintiff in this action. I proceed only in my individual capacity and do not appear as counsel for J.X. or Y.X.

2. Before filing this action, Defendant New York City Department of Education and the individually named DOE officials had actual written notice of the emergency enrollment demand underlying this application:

> a. On September 10, 2026, while at P.S. 184M, I emailed school administrators, including Defendant Mandy Friedland Tan, stating that I was seeking Y.X.'s enrollment and invoking McKinney-Vento protections.

b. Later that day, I sent an urgent written request to Defendant Jessica Onobie and other DOE officials asking for Y.X.'s immediate enrollment at P.S. 184M pending resolution of the dispute, and for a written determination if DOE refused.

c. On September 11, 2026, Onobie responded in writing that there were no Pre-K spaces at P.S. 184M and that, because I had presented a lease, the family was not currently covered by federal McKinney-Vento rights unless the housing status had changed.

3. On September 14, 2026, at approximately 2:49 p.m., I submitted an Emergency Motion for Temporary Restraining Order and Preliminary Injunction to the SDNY Pro Se Intake Office. At that time no attorney had appeared for Defendants in this newly filed action, and I had not separately served the federal TRO papers on the New York City Law Department. I do not state or imply that the Office of Corporation Counsel had received that application at the time of the original submission.

4. On September 15, 2026, I emailed my emergency TRO/PI papers as attachments to the New York City Law Department's ServiceECF service mailbox. At approximately 8:29 a.m., the Law Department sent me a written receipt stating: "This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York." The receipt further states that Corporation Counsel accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, and that service on individually named parties was not accepted. A true copy of that receipt is attached as Exhibit I.

5. Accordingly, the City Law Department has received written notice of this emergency application. I do not represent that the September 15 receipt constitutes service on any individually named Defendant, and I will serve those individuals as required by applicable law or further order of the Court. I respectfully submit that the notice described above, together with Defendants' actual pre-litigation knowledge of the substance of this emergency request described in Paragraph 2, satisfies the notice concerns underlying Rule 65; alternatively, I request the shortest practicable opposition and hearing schedule.

6. The relief sought is expressly temporary and tied to the period during which the underlying eligibility, school-selection, and enrollment dispute remains unresolved. This application seeks only to preserve the temporary enrollment position while DOE's dispute is resolved, not to adjudicate final homeless eligibility or permanent placement.

7. I am prepared to serve any signed Order to Show Cause, the Complaint, this declaration, and all exhibits immediately, in the manner and by the deadline the Court directs. If the Court concludes that relief should not issue without additional notice, I respectfully request the shortest practicable notice, opposition, and hearing schedule so that the time-limited dispute-pendency issue is not rendered ineffective by ordinary motion delay.

8. Pursuant to Local Civil Rule 6.1(d), I certify that the only prior application for materially similar temporary relief in this action is Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction submitted to the SDNY Pro Se Intake Office on September 14, 2026, at approximately 2:49 p.m. To the best of my knowledge and understanding, I have not received notice of any judicial ruling on that application as of the execution of this declaration. This supplemental submission is intended to complete and support that same emergency request, not to seek duplicative relief.

9. Pursuant to Fed. R. Civ. P. 65(c), and in light of my concurrently filed application to proceed in forma pauperis under 28 U.S.C. § 1915, I am indigent and respectfully request that the Court require no security and set the bond at $0.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and understanding.

Executed on September 15, 2026, in New York, New York.

______________________________

SHENGSHEN XIA, Pro Se, individually Email: c81510668@gmail.com

# EXHIBIT INDEX

**Exhibit A** Jessica Onobie email dated September 11, 2026 - P.S. 184M Pre-K capacity and McKinney-Vento coverage.

**Exhibit B** P.S. 184M / Mandy Friedland Tan enrollment communications, including the September 10, 2026 written enrollment request.

**Exhibit C** September 10-11, 2026 Housing Questionnaire submission record and signed questionnaire.

**Exhibit D** Official HPD violation record generated August 12, 2026, listing 94 open violations.

**Exhibit E** DOB / NYCServ Summons No. 039200834X (39200834X), occurrence date August 17, 2026.

**Exhibit F** 2025 NYSED McKinney-Vento / Education Law § 3209 administrative appeal and NYSED Office of Counsel response.

**Exhibit G** September 2026 homeless-student appeal transmission and Jessica Onobie response acknowledging that an appeal was submitted.

**Exhibit H** Official NYSED Section 310 electronic filing channel identifying legal@nysed.gov.

**Exhibit I** September 15, 2026 New York City Law Department ServiceECF receipt confirming receipt/proof of service at the Office of Corporation Counsel, with the stated limitation as to individually named parties.

*Redactions are limited to minor-identifying information and other sensitive identifiers for public filing. Exhibit I reflects notice/receipt by the City Law Department; its receipt expressly states that service on individually named parties was not accepted.*

# EXHIBIT A

**Jessica Onobie - September 11, 2026 Email**

Written DOE statement concerning P.S. 184M Pre-K capacity and McKinney-Vento coverage.

您會看到頁面上寫著："在為您的孩子選擇學校時，您可以根據學位空缺情況進行選擇"，這意味著如果您心儀的學校有空位，您的孩子將有資格入學。

我們建議您聯絡家庭歡迎中心，以了解更多學校選擇。

我還告訴您，如果您透過 MySchools 申請，您可以加入等候名單；家庭歡迎中心也可以為您提供這方面的協助。由於您有兄弟姊妹在該校就讀，您將被視為優先群體。

我們已按要求將您的情況轉達給陳校長。

再次感謝您聯絡區辦事處。如果您需要任何進一步的協助，請隨時告知。
Best,

**Angelica Torres**

Family Support Coordinator
***District Office: P.S. 20 Anna Silver School***
*166 Essex Street, New York, NY 10002*
***Telephone:** 212-353-2948 Ext. 156*
***Mobile:** 929-585-3839*

District 1
*www.district1nyc.com*
Book time to meet with me

---

**From:** Ccc <c81510668@gmail.com>
**Sent:** Thursday, September 10, 2026 5:12 PM
**To:** Angelica Torres <ATorres121@schools.nyc.gov>
**Cc:** Ccc <c81510668@ >
**Subject:** [EXTERNAL] R[redacted]

**Subject: Formal Request to Confirm and Clarify September 10, 2026 Telephone Records**

[引用文字已隐藏]
[引用文字已隐藏]

---

**Jessica Onobie** <JOnobie@schools.nyc.gov> 2026年9月11日 12:52
收件人："c81510668@gmail.com" <c81510668@gmail.com>

Good afternoon, Mr. Xia,

I hope you are well. Apologies, I was out of the office yesterday, as you saw from my automatic reply.

I am deeply sorry about any confusion, especially understanding how much you would like your two children to attend the same school. Unfortunately, there are no PreK spaces available at PS 184. And because you presented a lease verifying your apartment, you are not currently covered under Federal McKinney Vento rights, unless your housing status has since changed.

If you are no longer at the Allen St address, please do let me know, along with your new address. We can provide a new Housing Questionnaire and update your address and rights accordingly.

# EXHIBIT B

**Mandy Friedland Tan / P.S. 184M Enrollment Communications**

Direct written enrollment communications and prior referral to the DOE Family Welcome Center.

Gmail Ccc <c81510668@gmail.com>

# 请给我孩子[redacted]注册

20 封邮件

**Ccc** <c81510668@gmail.com> 2026年9月10日 09:44
收件人：Jeremy Kabinoff <Jkabino@schools.nyc.gov>
抄送："Llsherwood@schools.nyc.gov" <Llsherwood@schools.nyc.gov>, Junyu Zhao <jzhao6@schools.nyc.gov>, Jia Yu <JYu6@schools.nyc.gov>, Mandy Friedland Tan <mfriedlandtan@schools.nyc.gov>

校长您好
Hello principal, my child and I are in the 110 office. to register for admission. My child is McKinney-Vento Homeless Assistance Act. Students are homeless. Please apply for admission

Ccc <c81510668@gmail.com>于2026年6月23日 周二上午11:05写道：

> Dr. K 校长、Lauren Sherwood 女士及学校团队您好：
>
> 感谢孩子老师昨天发来[redacted]数学作品展示的照片。[redacted]所在小组的学生向 Dr. K 校长展示数学作品，我作为家长非常开心。感谢 Dr. K 校长对孩子们数学学习、作品展示和成长进步的教育指导与认可。
>
> 也特别感谢 Lauren Sherwood 女士每周为[redacted]供一次咨询支持。我是最近才从孩子老师那里知道这件事，感谢您的辛勤工作。第一次在会议上见到您时，我就感觉您真诚、善良。
>
> 关于我二儿子[redacted]的就读问题，孩子暂时不去学校就读。此前我打电话或发邮件询问二儿子入读事项，请理解为家长额外的合作、沟通和确认流程。按照我的理解，正常流程应是孩子可以直接到校就读；同时，也感谢学校此前告知我是否有位置、以及应联系哪个 DOE 部门或按什么流程处理。
>
> 再次感谢各位老师和学校工作人员对我孩子的帮助、关心和支持。我会继续为了孩子的教育与学校保持合作和沟通。作为父亲，我也会一如既往地依法维护和保障孩子们应有的教育权益。
>
> 谢谢。
>
> Shengshen Xia
>
> Ccc <c81510668@gmail.com>于2026年4月27日 周一上午11:32写道：
>
>> Subject: Principal-Level Clarification Requested Regarding 3-K Enrollment, McKinney-Vento Rights, and Referral to Family Welcome Center
>>
>> Dear Principal Kabinoff,
>>
>> I am writing to respectfully escalate and request a principal-level written response regarding my child, [redacted], DOB [redacted], Student ID [redacted], and his requested 3-K enrollment at P.S./M.S. 184M.
>>
>> On April 27, 2026, Ms. Mandy Friedland Tan responded to my inquiry and stated:
>>
>> "Please reach out to the DOE family welcome center in regards to enrollment in 3K. They handle all enrollment and will let you know if there is any availability in our school."
>>
>> I appreciate the response. However, because this matter involves a legally homeless preschool child with an IEP, I need clarification regarding the legal and procedural meaning of this response.
>>
>> For the record, my family is currently in a situation legally defined as homeless for educational purposes. [redacted] is therefore a child in temporary housing under the McKinney-Vento Homeless Assistance Act and DOE Chancellor's Regulation A-780. He also has an IEP.
>>
>> The federal McKinney-Vento Act requires immediate enrollment first while any dispute regarding eligibility, school selection, or enrollment is being resolved. If there is any dispute regarding [redacted]'s eligibility, enrollment, school selection, seat availability, or placement, he must be immediately enrolled in the school in which

enrollment is sought, pending final resolution of the dispute, including any available appeal. The parent must also receive a written explanation of any decision and appeal rights.

DOE Chancellor's Regulation A-780 also recognizes that students in temporary housing include preschool students and students with disabilities, and that homeless children must have equal access to free public education, including public preschool education. Administrative referral should not delay enrollment, transportation, or IEP-related services.

Accordingly, please provide a written response confirming:

1. Whether Ms. Friedland Tan's April 27, 2026 response is the official position of P.S./M.S. 184M;
2. Whether the response was reviewed, approved, directed, or authorized by you, the school administration, the School-Based STH Liaison, District 1, the DOE Family Welcome Center, the Office of Student Enrollment, or any other DOE official;
3. The specific law, Chancellor's Regulation, DOE policy, enrollment rule, or written procedure supporting the referral to the DOE Family Welcome Center instead of a school-level written determination;
4. Whether the response is a formal decision, an informal referral, a denial of enrollment, a refusal to process enrollment, or a statement that no 3-K seat is available;
5. Whether P.S./M.S. 184M is refusing, delaying, or limiting [redacted]'s 3-K enrollment;
6. Whether any 3-K seat is currently available at P.S./M.S. 184M, whether [redacted] has been placed on any waitlist, and who controls that waitlist;
7. The name and contact information of the School-Based STH Liaison and any DOE official responsible for McKinney-Vento dispute resolution;
8. What immediate steps the school will take to ensure that [redacted]'s enrollment, transportation, IEP-related needs, and McKinney-Vento rights are not delayed by administrative referral.

If the school or DOE is taking the position that [redacted] cannot be enrolled at P.S./M.S. 184M at this time, please provide a formal written determination explaining the reason, legal basis, decision-maker, appeal procedure, and responsible McKinney-Vento contact.

If the school is not the proper decision-maker, please identify the exact DOE office, responsible official, title, email address, and legal basis for transferring responsibility away from the school. Please also confirm what responsibility the school retains to assist a child in temporary housing with 3-K enrollment, McKinney-Vento protections, IEP coordination, and transportation support.

This email is intended to preserve an accurate written record. I am requesting a written response from the principal or proper DOE decision-maker, not an informal phone explanation.

Please respond in writing by April 29, 2026.

I reserve all rights, including the right to use this correspondence in any DOE complaint, McKinney-Vento appeal, NYSED complaint, special education due process proceeding, administrative complaint, or court filing.

Thank you for your attention to this serious matter.

Sincerely,
Shengshen Xia
Parent of [redacted]
DOB: [redacted]
Student ID: [redacted]

Mandy Friedland Tan <MFriedlandtan@schools.nyc.gov>于2026年4月27日 周一上午10:05写道：

> Good morning,
>
> Sorry for the delay in getting back to you. Please reach out to the DOE family welcome center in regards to enrollment in 3K. They handle all enrollment and will let you know if there is any availability in our school.
>
> Best,
>
> Mandy

# EXHIBIT C

**Housing Questionnaire Submission and Signed Questionnaire**

Submission record and questionnaire selecting temporary/homeless housing status.

unresolved disputes to be investigated through the STH process and, if unresolved, followed by a formal written determination and appeal rights.

a-780-4-18-19-final-combined-remediated-wcag2-0.pdf

As of today, DOE's refusal or delay has already caused [redacted] to lose **two full school days of access to free public education, including public preschool education available to other children**. This is concrete, ongoing, and accumulating educational harm. Every additional day of delay—without enrollment, a legally sufficient written determination, and meaningful appeal procedures—further compounds that harm.

Please confirm in writing by **5:00 p.m. today**:

1. Whether [redacted] will be immediately enrolled at P.S. 184, with the exact start date and time;
2. If not, the formal written determination identifying the facts, evidence, legal authority, and decision-maker;
3. Whether DOE is disputing homeless eligibility, school selection, enrollment, seat capacity, or more than one of these;
4. Whether you personally are the decision-maker; if not, identify the actual decision-maker;
5. Every record and document you reviewed;
6. The identity of P.S. 184's School-Based STH Liaison and the STH Regional Manager responsible for this matter;
7. The formal appeal path, deadline, filing office, required forms, and available Mandarin-language assistance; and
8. The specific corrective measures DOE will take to address the two school days already lost and prevent further educational harm.

Please preserve all ATS/STH records, Housing Questionnaires, enrollment records, seat/capacity records, prior classifications, audit logs, emails, internal communications, notes, and decision records concerning this matter. This email constitutes a continuing **preservation notice and litigation hold**.

Please confirm receipt. Do not close or mark this matter resolved unless and until a formal written determination, appeal rights, and specific corrective action have been provided. Please also confirm that no retaliation will be taken against me or either of my children for asserting these educational rights.

Thank you.

Shengshen Xia
Parent of [redacted]

Jessica Onobie <JOnobie@schools.nyc.gov>于2026年9月11日 周五下午12:54写道：
[引用文字已隐藏]

---

**Ccc** <c81510668@gmail.com> 2026年9月11日 13:14
收件人：Jessica Onobie <JOnobie@schools.nyc.gov>

住房状态表我交给了学校了。2025年10月份我也在孩子的官网，交成功了无家可归的住房调查表 。涉嫌有人篡改政府记录

1:10

X housing-questionnaire_chinese.pdf

| A-101 | 總監條例 A-101 | 第 1 頁/共 1 頁 |
|---|---|---|

NYC Department of Education

總監條例 A-101 附件 6

住房調查問卷

家長/監護人/學生：

本表格的目的是處理「麥金尼-凡托無家可歸者援助法案」（McKinney-Vento Act 42 U.S.C. 11435）相關事宜，必須為每一名學生填寫。

**您所提供的資訊是保密的。** 您的子女不會因您所提供的資訊而受到歧視。

請回答下列有關學生的居住情況的問題，以便幫助確定該生可能有資格接受的服務。

**致學校/臨時居所聯絡人：請協助學生及學生家庭填寫此表格。** 請不要僅僅把這份表格附在整套註冊資料當中，因爲如果學生符合臨時居所學生的資格，那麽**該生便不必提交住址證明**和可能作爲整套註冊資料的一部分的其他必備文件。 學區在沒有徵得家長同意的情況下，不能透露住房狀況的訊息。

學生姓名及資料：

| 姓氏 | 名字 | 中名 |
|---|---|---|
| [redacted] | [redacted] | |

| OSIS 號碼 | 出生日期（月/日/年） | 學校 |
|---|---|---|
| | [redacted] | P.S. 184M Shuang Wen School |

**請確定學生目前的居住情況。 請勾選一個方格：**

| 請勾選 (√) | 住房調查問卷選擇 | （僅供工作人員填寫 School Use Only）ATS Code |
|---|---|---|
| ☐ | **與他人合住：** 因失去住所或經濟困難而與另外一個家庭或他人住在一起 | D |
| ☐ | **收容所：** 緊急或過渡收容所 | S |
| ☐ | **飯店/汽車旅館：** 居住在一個**不是**緊急或過渡收容所**而且**需要付錢的地方 | H |
| ☒ | **其他臨時居所情況：** 住在拖車屋停駐場、野營地、汽車裏、公園、公共場所、被棄置的建築物、大街上或任何其他不適當的住處 | T |
| ☐ | **固定居所：** 居住在固定、正常的且條件充分的住所的學生 | P |

**如果學生沒有固定居所，請註明是否屬於下列情況：**

| | | |
|---|---|---|
| ☐ | **無成人監護的青少年：** 沒有家長或監護人看護的青少年 | （僅供工作人員填寫 School Use Only） Enter "Y" if Applicable |

| Shengshen Xia | SW | 09/10/2026 |
|---|---|---|
| 家長/監護人姓名（請工整填寫） | 家長/監護人簽名 | 日期 |

**請按照要求將這份表格交還給您子女的學校。**

# EXHIBIT D

## HPD Official Violation Record - Generated August 12, 2026

Official HPD record reflecting 94 open violations (18 Class A, 53 Class B, 23 Class C).

# 127 Allen Street, Manhattan, 10002

Generated on 08/12/2026

NYC Department of Housing Preservation & Development

## Building Details

| STATUS | REG# | RANGE | BIN | BLOCK | LOT | CENSUS TRACT |
|---|---|---|---|---|---|---|
| Active | 127285 | 127-127 | 1005492 | 415 | 32 | 18 |
| **STORIES** | **A UNITS** | **B UNITS** | **CD** | **CLASS** | **OWNERSHIP** | **BUILDING ID** |
| 6 | 24 | 0 | 3 | A | PVT | 5448 |

## Property Owner Registration Information

Registration Expiry Date 09/01/2026 Last Registration Date 07/08/2025

| OWNER | ORGANIZATION | NAME | ADDRESS |
|---|---|---|---|
| Head Officer | - | JULIAN RODRIGUEZ | 708 WEST 177 STREET 1J, New York, 10033 |
| Officer | - | KITTY HUANG | 708 WEST 177 STREET 1J, New York, 10033 |
| Corporation | 125-127 ALLEN ST. ASSOC | - | 708 WEST 177 STREET 1J, New York, 10033 |
| Managing Agent | - | kitty huang | 708 WEST 177th street 1j, New York, 10033 |

## Applied Filter/Search

**APARTMENT NUMBER**

6c

## Open Violations (94) A=18, B=53, C=23, I=0

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 19103573 | B | 501 | 6C | 6 | 07/29/2026 | 08/03/2026 |
| 10599208 | ORIGINAL | 09/07/2026 | 09/21/2026 | NOV SENT | 08/03/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective ventilation system at ceiling in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19103574 | A | 550 | 6C | 6 | 07/29/2026 | 08/03/2026 |
| 10599207 | ORIGINAL | 11/06/2026 | 11/20/2026 | NOI SENT | 08/03/2026 | - |
| § 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... less than 10sqft at ceiling in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |

**127 Allen Street, Manhattan, 10002**

Generated on 08/12/2026

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 19103571 | C | 568 | 6C | 6 | 07/29/2026 | 07/30/2026 |
| 10596274 | ORIGINAL | 08/25/2026 | 08/30/2026 | NOI SENT | 07/30/2026 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19103584 | B | 501 | 6C | 6 | 07/29/2026 | 07/30/2026 |
| 10596271 | ORIGINAL | 09/03/2026 | 09/17/2026 | NOV SENT | 07/30/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective light fixture at ceiling in the private hallway located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19103582 | B | 501 | 6C | 6 | 07/29/2026 | 07/30/2026 |
| 10596271 | ORIGINAL | 09/03/2026 | 09/17/2026 | NOV SENT | 07/30/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective light fixture at ceiling in the 4th room from east located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19103581 | A | 554 | 6C | 6 | 07/29/2026 | 07/30/2026 |
| 10596270 | ORIGINAL | 11/02/2026 | 11/16/2026 | NOV SENT | 07/30/2026 | - |
| § 27-2005 adm code paint metal in accordance with dept. regulation radiator at west wall in the 4th room from east located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19103580 | A | 508 | 6C | 6 | 07/29/2026 | 07/30/2026 |
| 10596270 | ORIGINAL | 11/02/2026 | 11/16/2026 | NOV SENT | 07/30/2026 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling in the 4th room from east located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19103579 | B | 508 | 6C | 6 | 07/29/2026 | 07/30/2026 |
| 10596271 | ORIGINAL | 09/03/2026 | 09/17/2026 | NOV SENT | 07/30/2026 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color south wall in the kitchen located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19103578 | A | 501 | 6C | 6 | 07/29/2026 | 07/30/2026 |
| 10596270 | ORIGINAL | 11/02/2026 | 11/16/2026 | NOV SENT | 07/30/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective defective gasket at top and bottom of refrigerator in the kitchen located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19103576 | A | 502 | 6C | 6 | 07/29/2026 | 08/03/2026 |
| 10599206 | ORIGINAL | 11/06/2026 | 11/20/2026 | NOV SENT | 08/03/2026 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective ceramic floor tiles in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |

# 127 Allen Street, Manhattan, 10002

Generated on 08/12/2026

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 19103570 | B | 702 | 6C | 6 | 07/29/2026 | 07/30/2026 |
| 10596271 | ORIGINAL | 09/03/2026 | 09/17/2026 | NOV SENT | 07/30/2026 | - |
| § 27-2045(b)(1)(a) hmc, § 12-01, § 12-03 rcny repair, replace or provide an approved and operational smoke detecting device, installed in accordance with department of buildings rules and regulations missing in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19103569 | B | 1503 | 6C | 6 | 07/29/2026 | 07/30/2026 |
| 10596271 | ORIGINAL | 09/03/2026 | 09/17/2026 | NOV SENT | 07/30/2026 | - |
| § 27-2045(b)(1)(b) hmc, § 12-06, § 12-07, § 12-09 rcny repair, replace or provide an approved and operational carbon monoxide detecting device, installed in accordance with applicable law and rules missing in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19103575 | C | 502 | 6C | 6 | 07/29/2026 | 08/03/2026 |
| 10599209 | ORIGINAL | 08/09/2026 | 08/16/2026 | NOV SENT | 08/03/2026 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective porcelain enamel glaze at bathtub in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19103572 | C | 790 | 6C | 6 | 07/29/2026 | 07/30/2026 |
| 10596273 | ORIGINAL | 08/25/2026 | 08/30/2026 | NOV SENT | 07/30/2026 | - |
| § 27-2043.1 hmc install the missing or repair/replace the defective window guard(s) in accordance with the specifications of the new york city health code section 24 rcny chapter 12. wg to install = 3, wg to replace = 0, wg to repair = 0 in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19103583 | B | 502 | 6C | 6 | 07/29/2026 | 07/30/2026 |
| 10596271 | ORIGINAL | 09/03/2026 | 09/17/2026 | NOV SENT | 07/30/2026 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective vinyl floor tiles in the 4th room from east located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19103577 | B | 598 | 6C | 6 | 07/29/2026 | 08/03/2026 |
| 10599208 | ORIGINAL | 09/07/2026 | 09/21/2026 | NOV SENT | 08/03/2026 | - |
| § 27-2026 adm code repair the broken or defective connection wasteline at wash basin in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19113756 | C | 670* | 6C | 6 | 07/29/2026 | 07/30/2026 |
| 10596219 | ORIGINAL | 07/30/2026 | 08/11/2026 | NOV SENT | 07/30/2026 | - |
| § 27-2031 adm code provide hot water at all hot water fixtures in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |

**127 Allen Street, Manhattan, 10002**

Generated on 08/12/2026

| VIOLATION ID / NOV ID | CLASS / NOV TYPE | ORDER # / CORRECTION BY DATE | APT # / CERTIFICATION BY DATE | STORY # / VIOLATION STATUS | REPORTED DATE / VIOLATION STATUS DATE | NOV ISSUED DATE / ACTUAL CERT. DATE |
|---|---|---|---|---|---|---|
| VIOLATION DESCRIPTION | | | | | | |
| 19084806 | B | 702 | 6C | 6 | 07/20/2026 | 07/22/2026 |
| 10585537 | ORIGINAL | 08/26/2026 | 09/09/2026 | NOV SENT | 07/22/2026 | - |
| § 27-2045(b)(1)(a) hmc, § 12-01, § 12-03 rcny repair, replace or provide an approved and operational smoke detecting device, installed in accordance with department of buildings rules and regulations inoperable in the entire apartment located at apt 6c, 6th story, 1st apartment from east at south | | | | | | |
| 19084805 | C | 568 | 6C | 6 | 07/20/2026 | 07/22/2026 |
| 10585539 | ORIGINAL | 08/17/2026 | 08/22/2026 | NOI SENT | 07/22/2026 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 6c, 6th story, 1st apartment from east at south | | | | | | |
| 19084816 | A | 554 | 6C | 6 | 07/20/2026 | 07/22/2026 |
| 10585536 | ORIGINAL | 10/25/2026 | 11/08/2026 | NOV SENT | 07/22/2026 | - |
| § 27-2005 adm code paint metal in accordance with dept. regulation at 1st radiator from west at north wall in the kitchen located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19084815 | A | 556 | 6C | 6 | 07/20/2026 | 07/22/2026 |
| 10585536 | ORIGINAL | 10/25/2026 | 11/08/2026 | NOV SENT | 07/22/2026 | - |
| § 27-2013 adm code paint with light colored paint to the satisfaction of this department at west wall in the kitchen located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19084814 | B | 501 | 6C | 6 | 07/20/2026 | 07/22/2026 |
| 10585537 | ORIGINAL | 08/26/2026 | 09/09/2026 | NOV SENT | 07/22/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective light fixture at ceiling in the 1st room from east located at apt 6c, 6th story, 1st apartment from east at south | | | | | | |
| 19084813 | B | 501 | 6C | 6 | 07/20/2026 | 07/22/2026 |
| 10585537 | ORIGINAL | 08/26/2026 | 09/09/2026 | NOV SENT | 07/22/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective light fixture at ceiling in the 3rd room from east located at apt 6c, 6th story, 1st apartment from east at south | | | | | | |
| 19084812 | B | 502 | 6C | 6 | 07/20/2026 | 07/22/2026 |
| 10585537 | ORIGINAL | 08/26/2026 | 09/09/2026 | NOV SENT | 07/22/2026 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective wood at floor in the 3rd room from east located at apt 6c, 6th story, 1st apartment from east at south | | | | | | |

## 127 Allen Street, Manhattan, 10002

Generated on 08/12/2026

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 19084811 | B | 501 | 6C | 6 | 07/20/2026 | 07/22/2026 |
| 10585537 | ORIGINAL | 08/26/2026 | 09/09/2026 | NOV SENT | 07/22/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective light fixture at ceiling in the bathroom located at apt 6c, 6th story, 1st apartment from east at south | | | | | | |
| 19084810 | B | 502 | 6C | 6 | 07/20/2026 | 07/22/2026 |
| 10585537 | ORIGINAL | 08/26/2026 | 09/09/2026 | NOV SENT | 07/22/2026 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective porcelain finish at bathtub in the bathroom located at apt 6c, 6th story, 1st apartment from east at south | | | | | | |
| 19084809 | A | 553 | 6C | 6 | 07/20/2026 | 07/22/2026 |
| 10585535 | ORIGINAL | 10/25/2026 | 11/08/2026 | NOV SENT | 07/22/2026 | - |
| § 27-2011 adm code cleanse to the satisfaction of this department the mold at bathtub in the bathroom located at apt 6c, 6th story, 1st apartment from east at south | | | | | | |
| 19084808 | B | 579 | 6C | 6 | 07/20/2026 | 07/22/2026 |
| 10585537 | ORIGINAL | 08/26/2026 | 09/09/2026 | NOV SENT | 07/22/2026 | - |
| § 27-2026 adm code repair the leaky and/or defective faucets at bathtub in the bathroom located at apt 6c, 6th story, 1st apartment from east at south | | | | | | |
| 19084807 | B | 1503 | 6C | 6 | 07/20/2026 | 07/22/2026 |
| 10585537 | ORIGINAL | 08/26/2026 | 09/09/2026 | NOV SENT | 07/22/2026 | - |
| § 27-2045(b)(1)(b) hmc, § 12-06, § 12-07, § 12-09 rcny repair, replace or provide an approved and operational carbon monoxide detecting device, installed in accordance with applicable law and rules inoperable in the entire apartment located at apt 6c, 6th story, 1st apartment from east at south | | | | | | |
| 19096104 | C | 617 | 6C | 6 | 07/20/2026 | 07/22/2026 |
| 10585538 | ORIGINAL | 08/15/2026 | 08/20/2026 | NOV SENT | 07/22/2026 | - |
| § 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) north wall, east wall, 1st window frame from west at north wall in the kitchen located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19096103 | A | 556 | 6C | 6 | 07/20/2026 | 07/22/2026 |
| 10585535 | ORIGINAL | 10/25/2026 | 11/08/2026 | NOV SENT | 07/22/2026 | - |
| § 27-2013 adm code paint with light colored paint to the satisfaction of this department all peeling paint surfaces in the bathroom , the 3rd room from east, the 1st room from east located at apt 6c, 6th story, 1st apartment from east at south | | | | | | |

**127 Allen Street, Manhattan, 10002**

Generated on 08/12/2026

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 19051896 | B | 702 | 6C | 6 | 07/04/2026 | 07/06/2026 |
| 10562623 | ORIGINAL | 08/10/2026 | 08/24/2026 | NOV SENT | 07/06/2026 | - |
| § 27-2045(b)(1)(a) hmc, § 12-01, § 12-03 rcny repair, replace or provide an approved and operational smoke detecting device, installed in accordance with department of buildings rules and regulations inoperable in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19051895 | B | 501 | 6C | 6 | 07/04/2026 | 07/06/2026 |
| 10562623 | ORIGINAL | 08/10/2026 | 08/24/2026 | NOV SENT | 07/06/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical outlet at south wall in the 4th room from east located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19051894 | B | 501 | 6C | 6 | 07/04/2026 | 07/06/2026 |
| 10562623 | ORIGINAL | 08/10/2026 | 08/24/2026 | NOV SENT | 07/06/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical light fixture at ceiling in the 4th room from east located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19051893 | B | 501 | 6C | 6 | 07/04/2026 | 07/06/2026 |
| 10562623 | ORIGINAL | 08/10/2026 | 08/24/2026 | NOV SENT | 07/06/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical light fixture at ceiling in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19051892 | B | 501 | 6C | 6 | 07/04/2026 | 07/06/2026 |
| 10562623 | ORIGINAL | 08/10/2026 | 08/24/2026 | NOV SENT | 07/06/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical light fixture at ceiling in the kitchen located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19051891 | B | 501 | 6C | 6 | 07/04/2026 | 07/06/2026 |
| 10562623 | ORIGINAL | 08/10/2026 | 08/24/2026 | NOV SENT | 07/06/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical light fixture at ceiling in the 1st room from east located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19051897 | B | 1503 | 6C | 6 | 07/04/2026 | 07/06/2026 |
| 10562623 | ORIGINAL | 08/10/2026 | 08/24/2026 | NOV SENT | 07/06/2026 | - |
| § 27-2045(b)(1)(b) hmc, § 12-06, § 12-07, § 12-09 rcny repair, replace or provide an approved and operational carbon monoxide detecting device, installed in accordance with applicable law and rules inoperable in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |

# 127 Allen Street, Manhattan, 10002

Generated on 08/12/2026

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 19056285 | C | 616 | 6C | 6 | 07/04/2026 | 07/06/2026 |
| 10562624 | ORIGINAL | 07/30/2026 | 08/04/2026 | NOV SENT | 07/06/2026 | - |
| § 27-2056.6 adm code - correct the lead-based paint hazard - presumed lead paint that is peeling or on a deteriorated subsurface using work practices set forth in 28 rcny §11-06(b)(2) 1st radiator from west at north wall, south wall, 1st window frame from west at north wall in the kitchen located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19056286 | A | 556 | 6C | 6 | 07/04/2026 | 07/06/2026 |
| 10562622 | ORIGINAL | 10/09/2026 | 10/23/2026 | NOV SENT | 07/06/2026 | - |
| § 27-2013 adm code paint with light colored paint to the satisfaction of this department all peeling paint surfaces in the bathroom , the 1st room from east, the 4th room from east located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19025545 | B | 550 | 6C | 6 | 06/19/2026 | 06/22/2026 |
| 10541959 | ORIGINAL | 07/27/2026 | 08/10/2026 | NOI SENT | 06/22/2026 | - |
| § 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... less than 10 square feet at ceiling in the bathroom located at apt 6c, 6th story, 1st apartment from west at north original violation 18657579 issued 18-feb-26 has been upgraded to class b per administrative code 27-2017.3a(3)(a) or (b). | | | | | | |
| 19007437 | C | 688 | 6C | 6 | 06/15/2026 | 06/16/2026 |
| 10536029 | ORIGINAL | 06/22/2026 | 06/29/2026 | NOV SENT | 06/16/2026 | - |
| § 27-2037, 2038 hmc: provide a safe and adequate supply of electric service to the fixtures entire apartment in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19007442 | C | 568 | 6C | 6 | 06/15/2026 | 06/16/2026 |
| 10536031 | ORIGINAL | 07/12/2026 | 07/17/2026 | NOI SENT | 06/16/2026 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19007441 | C | 790 | 6C | 6 | 06/15/2026 | 06/16/2026 |
| 10536030 | ORIGINAL | 07/12/2026 | 07/17/2026 | NOV SENT | 06/16/2026 | - |
| § 27-2043.1 hmc install the missing or repair/replace the defective window guard(s) in accordance with the specifications of the new york city health code section 24 rcny chapter 12. wg to install = 0, wg to replace = 2, wg to repair = 0 in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19007439 | B | 579 | 6C | 6 | 06/15/2026 | 06/16/2026 |
| 10536028 | ORIGINAL | 07/21/2026 | 08/04/2026 | NOV SENT | 06/16/2026 | - |
| § 27-2026 adm code repair the leaky and/or defective faucets at washbasin in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |

**127 Allen Street, Manhattan, 10002**

Generated on 08/12/2026

| VIOLATION ID / NOV ID | CLASS / NOV TYPE | ORDER # / CORRECTION BY DATE | APT # / CERTIFICATION BY DATE | STORY # / VIOLATION STATUS | REPORTED DATE / VIOLATION STATUS DATE | NOV ISSUED DATE / ACTUAL CERT. DATE |
|---|---|---|---|---|---|---|
| 19007440 | B | 702 | 6C | 6 | 06/15/2026 | 06/16/2026 |
| 10536028 | ORIGINAL | 07/21/2026 | 08/04/2026 | NOV SENT | 06/16/2026 | - |
| § 27-2045(b)(1)(a) hmc, § 12-01, § 12-03 rcny repair, replace or provide an approved and operational smoke detecting device, installed in accordance with department of buildings rules and regulations .. in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19007438 | B | 508 | 6C | 6 | 06/15/2026 | 06/16/2026 |
| 10536028 | ORIGINAL | 07/21/2026 | 08/04/2026 | NOV SENT | 06/16/2026 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 19016955 | A | 556 | 6C | 6 | 06/15/2026 | 06/16/2026 |
| 10536027 | ORIGINAL | 09/19/2026 | 10/03/2026 | NOV SENT | 06/16/2026 | - |
| § 27-2013 adm code paint with light colored paint to the satisfaction of this department all peeling paint surfaces in the kitchen , the 1st room from east, the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18710931 | B | 501 | 6C | 6 | 03/14/2026 | 03/16/2026 |
| 10323761 | ORIGINAL | 04/20/2026 | 05/04/2026 | NOV SENT | 03/16/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical light fixture at ceiling in the 1st room from east located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18710942 | C | 568 | 6C | 6 | 03/14/2026 | 03/16/2026 |
| 10323764 | ORIGINAL | 04/11/2026 | 04/16/2026 | NOI SENT | 03/16/2026 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18710946 | C | 510 | 6C | 6 | 03/14/2026 | 03/16/2026 |
| 10323762 | ORIGINAL | 03/22/2026 | 03/29/2026 | NOV SENT | 03/16/2026 | - |
| § 27-2005 adm code & 309 m/d law abate the nuisance consisting of scalding water above 130 degrees at fixtures in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18710945 | C | 790 | 6C | 6 | 03/14/2026 | 03/16/2026 |
| 10323763 | ORIGINAL | 04/11/2026 | 04/16/2026 | NOV SENT | 03/16/2026 | - |
| § 27-2043.1 hmc install the missing or repair/replace the defective window guard(s) in accordance with the specifications of the new york city health code section 24 rcny chapter 12. wg to install = 3, wg to replace = 0, wg to repair = 0 in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |

# 127 Allen Street, Manhattan, 10002

Generated on 08/12/2026

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 18710944 | B | 702 | 6C | 6 | 03/14/2026 | 03/16/2026 |
| 10323761 | ORIGINAL | 04/20/2026 | 05/04/2026 | NOV SENT | 03/16/2026 | - |
| § 27-2045(b)(1)(a) hmc, § 12-01, § 12-03 rcny repair, replace or provide an approved and operational smoke detecting device, installed in accordance with department of buildings rules and regulations defective in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18710937 | B | 501 | 6C | 6 | 03/14/2026 | 03/16/2026 |
| 10323761 | ORIGINAL | 04/20/2026 | 05/04/2026 | NOV SENT | 03/16/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective escutcheon plate at upper steam riser at north in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18710933 | B | 501 | 6C | 6 | 03/14/2026 | 03/16/2026 |
| 10323761 | ORIGINAL | 04/20/2026 | 05/04/2026 | NOV SENT | 03/16/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical light fixture at ceiling in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18710932 | B | 501 | 6C | 6 | 03/14/2026 | 03/16/2026 |
| 10323761 | ORIGINAL | 04/20/2026 | 05/04/2026 | NOV SENT | 03/16/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical outlet at south wall in the 4th room from east located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18710947 | C | 530 | 6C | 6 | 03/14/2026 | 03/16/2026 |
| 10323765 | ORIGINAL | 03/30/2026 | 04/04/2026 | NOV SENT | 03/16/2026 | - |
| § 27-2005, 27-2007, 27-2041.1 hmc, §238, § 309; § 107 (2) ( c) mdl and 28 rcny §25-171: replace or repair the self-closing doors that is missing or defective inoperable hinges at door in the entrance located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18710939 | A | 502 | 6C | 6 | 03/14/2026 | 03/16/2026 |
| 10323760 | ORIGINAL | 06/19/2026 | 07/03/2026 | NOV SENT | 03/16/2026 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective wood floor in the 4th room from east located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18710938 | B | 501 | 6C | 6 | 03/14/2026 | 03/16/2026 |
| 10323761 | ORIGINAL | 04/20/2026 | 05/04/2026 | NOV SENT | 03/16/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical light fixture at ceiling in the 4th room from east located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |

# 127 Allen Street, Manhattan, 10002

Generated on 08/12/2026

| VIOLATION ID / NOV ID | CLASS / NOV TYPE | ORDER # / CORRECTION BY DATE | APT # / CERTIFICATION BY DATE | STORY # / VIOLATION STATUS | REPORTED DATE / VIOLATION STATUS DATE | NOV ISSUED DATE / ACTUAL CERT. DATE |
|---|---|---|---|---|---|---|
| VIOLATION DESCRIPTION | | | | | | |
| 18710936 | B | 502 | 6C | 6 | 03/14/2026 | 03/16/2026 |
| 10323761 | ORIGINAL | 04/20/2026 | 05/04/2026 | NOV SENT | 03/16/2026 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective porcelain enamel glaze at bathtub in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18710935 | A | 553 | 6C | 6 | 03/14/2026 | 03/16/2026 |
| 10323760 | ORIGINAL | 06/19/2026 | 07/03/2026 | NOV SENT | 03/16/2026 | - |
| § 27-2011 adm code cleanse to the satisfaction of this department the mold at ceramic walls tiles around bathtub in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18710934 | B | 501 | 6C | 6 | 03/14/2026 | 03/16/2026 |
| 10323761 | ORIGINAL | 04/20/2026 | 05/04/2026 | NOV SENT | 03/16/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective mechanical ventilation system at west in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18710941 | B | 502 | 6C | 6 | 03/14/2026 | 03/16/2026 |
| 10323761 | ORIGINAL | 04/20/2026 | 05/04/2026 | NOV SENT | 03/16/2026 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective ceramic tiles at west wall in the kitchen located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18710940 | B | 501 | 6C | 6 | 03/14/2026 | 03/16/2026 |
| 10323761 | ORIGINAL | 04/20/2026 | 05/04/2026 | NOV SENT | 03/16/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical light fixture at ceiling in the kitchen located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18710943 | B | 1503 | 6C | 6 | 03/14/2026 | 03/16/2026 |
| 10323761 | ORIGINAL | 04/20/2026 | 05/04/2026 | NOV SENT | 03/16/2026 | - |
| § 27-2045(b)(1)(b) hmc, § 12-06, § 12-07, § 12-09 rcny repair, replace or provide an approved and operational carbon monoxide detecting device, installed in accordance with applicable law and rules defective in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18665187 | A | 556 | 6C | 6 | 02/20/2026 | 02/23/2026 |
| 10293084 | ORIGINAL | 05/29/2026 | 06/12/2026 | NOV SENT | 02/23/2026 | - |
| § 27-2013 adm code paint with light colored paint to the satisfaction of this department all peeling paint surfaces in the 1st room from east, the bathroom , the 4th room from east located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |

**127 Allen Street, Manhattan, 10002**

Generated on 08/12/2026

NYC Department of Housing Preservation & Development

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 18665066 | B | 508 | 6C | 6 | 02/20/2026 | 02/23/2026 |
| 10293085 | ORIGINAL | 03/30/2026 | 04/13/2026 | NOV SENT | 02/23/2026 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the south wall in the kitchen located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18665155 | C | 568 | 6C | 6 | 02/20/2026 | 02/23/2026 |
| 10293089 | ORIGINAL | 03/21/2026 | 03/26/2026 | NOI SENT | 02/23/2026 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18665188 | C | 617 | 6C | 6 | 02/20/2026 | 02/23/2026 |
| 10293087 | ORIGINAL | 03/19/2026 | 03/24/2026 | CERT INVALID | 03/23/2026 | - |
| § 27-2056.6 adm code - correct the lead-based paint hazard - paint that tested positive for lead content and that is peeling or on a deteriorated subsurface - using work practices set forth in 28 rcny §11-06(b)(2) east wall in the kitchen located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18665166 | B | 510 | 6C | 6 | 02/20/2026 | 02/23/2026 |
| 10293085 | ORIGINAL | 03/30/2026 | 04/13/2026 | NOV SENT | 02/23/2026 | - |
| § 27-2005 adm code & 309 m/d law abate the nuisance consisting of key operated lock installed at door leading to fire escape window in the 4th room from east located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18665164 | A | 553 | 6C | 6 | 02/20/2026 | 02/23/2026 |
| 10293084 | ORIGINAL | 05/29/2026 | 06/12/2026 | NOV SENT | 02/23/2026 | - |
| § 27-2011 adm code cleanse to the satisfaction of this department the mold around bathtub in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18665161 | B | 502 | 6C | 6 | 02/20/2026 | 02/23/2026 |
| 10293085 | ORIGINAL | 03/30/2026 | 04/13/2026 | NOV SENT | 02/23/2026 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective porcelain glaze at bathtub in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18665159 | B | 501 | 6C | 6 | 02/20/2026 | 02/23/2026 |
| 10293085 | ORIGINAL | 03/30/2026 | 04/13/2026 | NOV SENT | 02/23/2026 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective ventilation system in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |

**127 Allen Street, Manhattan, 10002**

Generated on 08/12/2026

| VIOLATION ID / NOV ID | CLASS / NOV TYPE | ORDER # / CORRECTION BY DATE | APT # / CERTIFICATION BY DATE | STORY # / VIOLATION STATUS | REPORTED DATE / VIOLATION STATUS DATE | NOV ISSUED DATE / ACTUAL CERT. DATE |
|---|---|---|---|---|---|---|
| 18665152 | C | 790 | 6C | 6 | 02/20/2026 | 02/23/2026 |
| 10293088 | ORIGINAL | 03/21/2026 | 03/26/2026 | NOV SENT | 02/23/2026 | - |
| § 27-2043.1 hmc install the missing or repair/replace the defective window guard(s) in accordance with the specifications of the new york city health code section 24 rcny chapter 12. wg to install = 3; wg to replace = 0; wg to repair = 0; in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18665150 | B | 702 | 6C | 6 | 02/20/2026 | 02/23/2026 |
| 10293085 | ORIGINAL | 03/30/2026 | 04/13/2026 | NOV SENT | 02/23/2026 | - |
| § 27-2045(b)(1)(a) hmc, § 12-01, § 12-03 rcny repair, replace or provide an approved and operational smoke detecting device, installed in accordance with department of buildings rules and regulations defective in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18665148 | B | 1503 | 6C | 6 | 02/20/2026 | 02/23/2026 |
| 10293085 | ORIGINAL | 03/30/2026 | 04/13/2026 | NOV SENT | 02/23/2026 | - |
| § 27-2045(b)(1)(b) hmc, § 12-06, § 12-07, § 12-09 rcny repair, replace or provide an approved and operational carbon monoxide detecting device, installed in accordance with applicable law and rules defective in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18665144 | C | 666* | 6C | 6 | 02/20/2026 | 02/23/2026 |
| 10292825 | ORIGINAL | 02/21/2026 | 03/05/2026 | NOV SENT | 02/23/2026 | - |
| § 27-2029 adm code provide an adequate supply of heat for the apartment in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18665143 | C | 670* | 6C | 6 | 02/20/2026 | 02/23/2026 |
| 10292825 | ORIGINAL | 02/21/2026 | 03/05/2026 | NOV SENT | 02/23/2026 | - |
| § 27-2031 adm code provide hot water at all hot water fixtures in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18657574 | A | 502 | 6C | 6 | 02/18/2026 | 02/19/2026 |
| 10288338 | ORIGINAL | 05/25/2026 | 06/08/2026 | NOV SENT | 02/19/2026 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective vinyl floor tiles in the 1st room from east located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18657603 | C | 568 | 6C | 6 | 02/18/2026 | 02/19/2026 |
| 10288343 | ORIGINAL | 03/17/2026 | 03/22/2026 | NOI SENT | 02/19/2026 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |

VIOLATION DESCRIPTION appears beneath each violation's two data rows.

# 127 Allen Street, Manhattan, 10002

Generated on 08/12/2026

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 18657590 | B | 502 | 6C | 6 | 02/18/2026 | 02/19/2026 |
| 10288340 | ORIGINAL | 03/26/2026 | 04/09/2026 | NOV SENT | 02/19/2026 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective slopping wood floor in the kitchen located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18657585 | B | 702 | 6C | 6 | 02/18/2026 | 02/19/2026 |
| 10288340 | ORIGINAL | 03/26/2026 | 04/09/2026 | NOV SENT | 02/19/2026 | - |
| § 27-2045(b)(1)(a) hmc, § 12-01, § 12-03 rcny repair, replace or provide an approved and operational smoke detecting device, installed in accordance with department of buildings rules and regulations defective in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18657584 | B | 1503 | 6C | 6 | 02/18/2026 | 02/19/2026 |
| 10288340 | ORIGINAL | 03/26/2026 | 04/09/2026 | NOV SENT | 02/19/2026 | - |
| § 27-2045(b)(1)(b) hmc, § 12-06, § 12-07, § 12-09 rcny repair, replace or provide an approved and operational carbon monoxide detecting device, installed in accordance with applicable law and rules missing in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18657582 | C | 790 | 6C | 6 | 02/18/2026 | 02/19/2026 |
| 10288342 | ORIGINAL | 03/17/2026 | 03/22/2026 | NOV SENT | 02/19/2026 | - |
| § 27-2043.1 hmc install the missing or repair/replace the defective window guard(s) in accordance with the specifications of the new york city health code section 24 rcny chapter 12. wg to install = 0; wg to replace = 0; wg to repair = 3; missing l-brackets with one-way screws in three air conditioners in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18657580 | A | 553 | 6C | 6 | 02/18/2026 | 02/19/2026 |
| 10288338 | ORIGINAL | 05/25/2026 | 06/08/2026 | NOV SENT | 02/19/2026 | - |
| § 27-2011 adm code cleanse to the satisfaction of this department the grout at surrounding walls of bathtub in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18657576 | B | 502 | 6C | 6 | 02/18/2026 | 02/19/2026 |
| 10288340 | ORIGINAL | 03/26/2026 | 04/09/2026 | NOV SENT | 02/19/2026 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective vinyl floor tiles in the 4th room from east located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18614371 | A | 553 | 6C | 6 | 02/02/2026 | 02/03/2026 |
| 10262840 | ORIGINAL | 05/09/2026 | 05/23/2026 | NOV SENT | 02/03/2026 | - |
| § 27-2011 adm code cleanse to the satisfaction of this department the mold on grout at south wall and east wall in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |

**127 Allen Street, Manhattan, 10002**

Generated on 08/12/2026

| VIOLATION ID / NOV ID | CLASS / NOV TYPE | ORDER # / CORRECTION BY DATE | APT # / CERTIFICATION BY DATE | STORY # / VIOLATION STATUS | REPORTED DATE / VIOLATION STATUS DATE | NOV ISSUED DATE / ACTUAL CERT. DATE |
|---|---|---|---|---|---|---|
| 18614370 | C | 568 | 6C | 6 | 02/02/2026 | 02/03/2026 |
| 10262842 | ORIGINAL | 03/01/2026 | 03/06/2026 | NOI SENT | 02/03/2026 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18614368 | B | 702 | 6C | 6 | 02/02/2026 | 02/03/2026 |
| 10262841 | ORIGINAL | 03/10/2026 | 03/24/2026 | NOV SENT | 02/03/2026 | - |
| § 27-2045(b)(1)(a) hmc, § 12-01, § 12-03 rcny repair, replace or provide an approved and operational smoke detecting device, installed in accordance with department of buildings rules and regulations inoperable in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18614367 | B | 502 | 6C | 6 | 02/02/2026 | 02/03/2026 |
| 10262841 | ORIGINAL | 03/10/2026 | 03/24/2026 | NOV SENT | 02/03/2026 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective vinyl tiles at floor in the 4th room from east located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18614369 | B | 1503 | 6C | 6 | 02/02/2026 | 02/03/2026 |
| 10262841 | ORIGINAL | 03/10/2026 | 03/24/2026 | NOV SENT | 02/03/2026 | - |
| § 27-2045(b)(1)(b) hmc, § 12-06, § 12-07, § 12-09 rcny repair, replace or provide an approved and operational carbon monoxide detecting device, installed in accordance with applicable law and rules inoperable in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18569852 | B | 502 | 6C | 6 | 01/14/2026 | 01/15/2026 |
| 10234626 | ORIGINAL | 02/19/2026 | 03/05/2026 | NOV SENT | 01/15/2026 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective caulking around bathtub in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18569849 | C | 568 | 6C | 6 | 01/14/2026 | 01/15/2026 |
| 10234628 | ORIGINAL | 02/10/2026 | 02/15/2026 | NOI SENT | 01/15/2026 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |
| 18569851 | B | 502 | 6C | 6 | 01/14/2026 | 01/15/2026 |
| 10234626 | ORIGINAL | 02/19/2026 | 03/05/2026 | NOV SENT | 01/15/2026 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective porcelain glazed surface at bathtub in the bathroom located at apt 6c, 6th story, 1st apartment from west at north | | | | | | |

# EXHIBIT E

**NYC Department of Buildings / NYCServ Violation Copy**

**Summons No. 039200834X / Violation No. 39200834X**

**Occurrence Date: August 17, 2026**

The following page is the exact DOB/NYCServ violation copy supplied by Plaintiff.

# NYCServ Violation Copy

Internet

39200834X

NYC Buildings

**SUMMONS NUMBER:** 039200834X

**SUMMONS AND COMMISSIONER'S ORDER•CIVIL PENALTIES APPLY**
**ENFORCEMENT AGENCY: NYC DEPT OF BUILDINGS**
**AGENCY ADDRESS AND WEBSITE:** 280 Broadway, New York, NY 10007 **www.nyc.gov/buildings**

**RESPONDENT:** 125-127 ALLEN ST ASSOC **(FIRST NAME/ENTITY, LAST)**

**MAILING ADDRESS:** 14 RAMCLARK RD. NEW CITY, NY 10956-1210 **DOB LICENSE/REGISTRATION#:**

**CELL PHONE:** N/A

**DATE OF OCCURRENCE:** 08/17/2026 **TIME OBSERVED:** 02:33 PM **BOROUGH:** Manhattan

**PLACE OF OCCURRENCE:** 127 ALLEN STREET **BLOCK:** 00415 **LOT:** 00032 **BIN:** 1005492

You must appear or respond to the details of violation(s) below. For HOW TO RESPOND, see next page.

**HEARING DATE:** 10/22/2026 **AT:** 10:30 AM

**OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS:** Manhattan (See locations on next page)

**REFER TO THE SUMMONS NUMBER ABOVE ON ALL CORRESPONDENCE.**

**WARNING:** If you do not appear or respond to this Summons, the City will decide the Summons against you and impose penalties. Failure to pay a civil penalty could lead to the denial of an application for, or the suspension, termination or revocation of a City license, permit or registration. In addition, the City may enter a judgment against you in court.

**COMMISSIONER'S ORDER TO CORRECT VIOLATING CONDITION(S) AND CERTIFY CORRECTION**

**CURE DATE (Zero Penalty Option, if available):** 10/16/2026 **Must Appear:** ☐ **(If disputing the charge)**

**Type of Construction:** III **No. of Stories:** 6 **Related Job#:** N/A

**Occupancy at Time of Inspection:** Multiple Dwelling **Basis of Violation:** 1733712

Based on an inspection of the premises or the records of the Department, the undersigned has determined that you are in violation of the section of law cited below of the NYC Administrative Code, the NYC Zoning Resolution and/or Titles 1 or 2 of the Rules of the City of New York.

**Violating Conditions Observed**

| Infraction Code | Class | Provision of Law | Standard Penalty | Maximum Penalty |
|---|---|---|---|---|
| B202 | Class 2 | 28-301.1 | $1,250 | $6,250 |

| | | | | |
|---|---|---|---|---|
| ☐ **Recurring Condition Aggravated I per 1RCNY 102-01(f)** | ☐ **Aggravated II Condition per 1 RCNY 102-01(f)** | ☐ **ILLEGAL CONVERSION—CLASS 1** Per 28-202.1 & 1 RCNY 102-01 additional daily penalties for continued violation of Article 210 of Title 28 also applicable | ☐ Per 28-202.1 & 1 RCNY 102-01, additional Class 1 daily or Class 2 monthly penalty may apply. | ☐ **Stop Work Order Issued:**<br>☐ **Vacate Order Issued:**<br>**Vacate#:** |

**Violation Detail(s):** Failure to maintain building in code-compliant manner. I observed at apart. 6C ,the floor is sagging ,cracks at different location ,walls and ceiling covered with tape, improper electrical connection with extension wiring cord all over the place ,created unsafe electrical conditions .
**Remedy:** Repair and/or replace;

THE COMMISSIONER ORDERS THAT YOU TIMELY CORRECT THESE CONDITIONS AND FILE A CERTIFICATE OF SUCH CORRECTION. See 1RCNY 102-01 and the instructions on certifying correction. Uncorrected violations are subject to additional violations and penalties. For certain charges, additional DOB civil penalties may apply pursuant to sections 28-213.1, 28-219.1 and 28-207.2.6 of the Administrative Code. A property owner may be liable for payment of these additional civil penalties even if not cited as respondent on this summons.

NYC Charter Sections 1048 and 1049-a and the Rules of the City of New York authorize the NYC Office of Administrative Trials and Hearings (OATH) to hold hearings. **For hearing options, see other side of this notice.**

I, an employee of the Department of Buildings, affirm under penalty of perjury that I personally observed the commission of the violation(s) charged above and/or verified their existence through a review of departmental records. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law.

**Issuing Officer:** R Grand Champ **Signature:** Electronically Signed by R Grand Champ 08/17/2026 02:43 PM **Badge#:** 3430 **Unit Code:** XO

**Page 1 of 2**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Case No.** 1:26-cv-08003-JAV

SHENGSHEN XIA, individually, et al.,

Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

Defendants.

## SUPPLEMENTAL MEMORANDUM OF LAW RE ADMINISTRATIVE REMEDIES AND PENDENCY

Plaintiff submits this narrow supplement only to address administrative-remedy and pendency issues relevant to the pending emergency motion. Defendants cannot defeat the present request merely because state review remains pending. Plaintiff's Section 1983 claim is not subject to a general requirement that state administrative remedies first be exhausted. *Patsy v. Board of Regents*, 457 U.S. 496, 516 (1982). More importantly, McKinney-Vento itself directs that, when a dispute concerns eligibility, school selection, or enrollment, the child "shall be immediately enrolled in the school in which enrollment is sought, pending final resolution of the dispute, including all available appeals." 42 U.S.C. § 11432(g)(3)(E)(i). See also N.Y. Educ. Law § 3209; 8 N.Y.C.R.R. § 100.2(x)(7).

The administrative record confirms that Plaintiff has not bypassed available channels. On November 12, 2025, Plaintiff submitted to NYSED an administrative appeal invoking McKinney-Vento and Education Law § 3209 concerning an earlier dispute involving J.X. On November 24, 2025, NYSED's Office of Counsel responded that Plaintiff was "free to file a lawsuit" and recommended Special Education Quality Assurance or a due-process complaint; that correspondence did not provide a merits determination of the McKinney-Vento issues raised. Exhibit F.

The present dispute is separate and concerns Y.X.'s September 2026 Pre-K enrollment, but the procedural problem has recurred. On September 13, 2026, Plaintiff sent DOE/STH personnel and NYSED a 42-page homeless-student appeal package concerning Y.X. The transmission included **legal@nysed.gov**. NYSED's own published Section 310 filing instructions and 8 N.Y.C.R.R. §

275.9 identify **legal@nysed.gov** as the Office of Counsel email designated for electronic filing of Commissioner appeal papers. Exhibit H. On September 14, 2026, Jessica Onobie replied that Plaintiff had "done the right thing to submit an appeal," yet also stated that there was "nothing more" her Office could do unless the family were later determined to be in temporary housing. Exhibit G.

That position is circular. The statute makes temporary enrollment operative *while* eligibility, school selection, or enrollment remains disputed; it does not make a final homelessness determination a precondition to the pendency protection. Requiring final eligibility first would erase the words "pending final resolution of the dispute, including all available appeals."

Plaintiff therefore does not ask the Court on this emergency application to replace the administrative process, finally adjudicate homeless eligibility, or award permanent placement at P.S. 184M. Plaintiff asks only that the Court preserve the statutory pendency protection while DOE and NYSED complete any lawful review and appeal. The Court should therefore consider the pending TRO/PI request without awaiting completion of state administrative proceedings.

Dated: September 15, 2026

Respectfully submitted,

________________________________
SHENGSHEN XIA, Pro Se, individually
Email: c81510668@gmail.com

**Certificate of Compliance:** This supplemental memorandum contains approximately 433 words, excluding the caption and signature block.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Case No.** **1:26-cv-08003-JAV**

SHENGSHEN XIA, individually, et al.,

Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

Defendants.

## SUPPLEMENTAL DECLARATION OF SHENGSHEN XIA REGARDING ADMINISTRATIVE REMEDIES

1. I, Shengshen Xia, am the self-represented Plaintiff. I proceed only in my individual capacity and do not appear as legal counsel for J.X. or Y.X.

2. On November 12, 2025, I sent NYSED an administrative appeal invoking McKinney-Vento and New York Education Law § 3209 concerning an earlier homelessness/transportation dispute involving J.X. A true, redacted copy of the relevant submission and response is attached as Exhibit F.

3. On November 24, 2025, NYSED's Office of Counsel wrote that I was "free to file a lawsuit" and recommended Special Education Quality Assurance or a due-process complaint. I did not receive in that correspondence a merits determination resolving the McKinney-Vento issues I had presented.

4. The present dispute concerns Y.X. and September 2026 Pre-K enrollment. On September 13, 2026, I sent a 42-page homeless-student appeal package to DOE/STH personnel and NYSED, including legal@nysed.gov. A true, redacted copy of the relevant email record is attached as Exhibit G.

5. NYSED's current official Section 310 filing instructions and 8 N.Y.C.R.R. § 275.9 identify legal@nysed.gov as the Office of Counsel email for electronic filing of Commissioner appeal papers. A source-identifying official NYSED excerpt is attached as Exhibit H.

6. On September 14, 2026, Jessica Onobie replied in that chain that I had "done the right thing to submit an appeal," but also stated that there was "nothing more" her Office could do unless it were later determined that we were in temporary housing.

7. My present emergency request seeks temporary dispute-pendency enrollment while the eligibility, school-selection, and enrollment dispute and available appeals remain unresolved. I am not asking this Court on the TRO application to make a final homelessness determination or permanent school placement.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and understanding.

Executed on September 15, 2026, in New York, New York.

SHENGSHEN XIA, Pro Se, individually

Gmail

Ccc <c81510668@gmail.com>

## 无家可归上诉

5 条消息

**Ccc** <c81510668@gmail.com> 2025年11月12日 周三 上午11:30

收件人： <appeals@nysed.gov>， <CONAPPTA@nysed.gov>， <commissioner@nysed.gov>， <constituentservices@exec.ny.gov>

Administrative Appeal and Request for Fair Hearing Under the McKinney-Vento Homeless Assistance Act and New York Education Law §3209

无家可归上诉

向州教育厅上诉.pdf

**Ccc** <c81510668@gmail.com> 2025年11月23日 周日 上午2:33

收件人： <appeals@nysed.gov>， <CONAPPTA@nysed.gov>， <commissioner@nysed.gov>， <constituentservices@exec.ny.gov>， 州教育厅法律部门 <legal@nysed.gov>

NOTICE OF INTENT TO FILE FEDERAL LAWSUIT

Ccc <c81510668@gmail.com>于2025年11月12日 周三上午11:30写道：

[引用文字已隐藏]

NYSED联邦起诉意向书.pdf

**LEGAL** <LEGAL@nysed.gov> 2025年11月24日 周一 上午11:08

收件人：Ccc <c81510668@gmail.com>， CONAPPTA <CONAPPTA@nysed.gov>， Commissioner <Commissioner@nysed.gov>， constituentservices@exec.ny.gov <constituentservices@exec.ny.gov>

Dear Shengshen Xia:

The State Education Department previously advised you of the available remedies you may pursue by email dated November 17, 2025. You are free to file a lawsuit, but we continue to recommend that you contact your local Special Education Quality Assurance Office or file a due process complaint.

Sincerely,

NYSED Office of Counsel

[引用文字已隐藏]

Confidentiality Notice

# Administrative Appeal and Request for Fair Hearing Under the McKinney–Vento Homeless Assistance Act and New York Education Law §3209

**Appellan** en Xia
**Student:** J.X. [REDACTED] h: 2017 )
**Addres** [REDACTED ADDRESS]
**Phone:** [REDACTED]
**Email:** ail.com
**Date:** November 12, 2025

### 1. Appeal Statement

Pursuant to the McKinney–Vento Homeless Assistance Act (42 U.S.C. §11432(g)(3)(E)) and New York Education Law §3209, I hereby file this administrative appeal before the New York State Education Department (NYSED), Office of Counsel, and request an immediate fair hearing regarding the following violations committed by the New York City Department of Education (DOE) and the Office of Pupil Transportation (OPT):

1. DOE and OPT have refused to issue a written decision and have obstructed my right to appeal;
2. DOE and OPT have denied school bus service despite my child's medical and housing instability needs;
3. OPT falsified official records, misrepresenting that "the parent applied through the school" when I applied directly;
4. DOE and OPT retaliated by falsely alleging that I made a threat and marking my pending case as "Resolved";
5. DOE has refused to recognize my child's homeless status under McKinney–Vento;
6. DOE Manager "Sth" repeatedly refused to issue the legally required decision letter, violating due process and McKinney–Vento procedural safeguards.

### 2. Family Background and Homeless Status

My family currently resides in unsafe and uninhabitable housing in New York City. The situation includes:

- The apartment has no heat even though it has already snowed;
- Persistent mold, pests, and peeling lead-based paint;
- Repeated harassment and illegal entries by the landlord;
- Attempted eviction without any court order.

Under 42 U.S.C. §11434a(2) and New York Education Law §3209(1)(a), my family clearly qualifies as homeless. DOE's continued refusal to recognize our status and to provide immediate educational stability and transportation constitutes a direct violation of federal and state law, as well as the

**Ccc** <c81510668@gmail.com> 2026年9月13日 11:27
收件人： Arian Halsey <AHalsey6@schools.nyc.gov>, 俊栩教育局无家可归DOE 中央学生暂住房办公室 <STHInfo@schools.nyc.gov>, AAli2823@schools.nyc.gov, Jessica Onobie <jonobie@schools.nyc.gov>
抄送： fip <fip@nysad65.com>, Jessica Onobie <jonobie@schools.nyc.gov>, 州教育厅法律部门 <legal@nysed.gov>

Subject: 请确认收到 / Confirmation of Receipt Requested — Y.X. (9/13 8:50AM)

各位:

2026年9月13日上午8:50,本人已将Y.X. 无家可归学生上诉材料(Notice of Petition、Petition、Petitioner Statement及证据,共42页)电邮发送至你们四位(Arian Halsey、STHInfo、AAli2823、Jessica Onobie)。

请于2026年9月14日下午5点前,回复确认已收到。

谢谢,
Shengshen Xia
[REDACTED] | c81510668@gmail.com

———

To all four recipients,

On September 13, 2026 at 8:50 AM, I emailed the Y.X. homeless-student appeal materials (Notice of Petition, Petition, Petitioner Statement, and evidence, 42 pages total) to all four of you (Arian Halsey, STHInfo, AAli2823, and Jessica Onobie).

Please reply confirming receipt by 5:00 PM on September 14, 2026.

Thank you,
Shengshen Xia
[REDACTED] | c81510668@gmail.com

Ccc <c81510668@gmail.com>于2026年9月13日 周日上午8:50写道:
[引用文字已隐藏]

---

**Jessica Onobie** <JOnobie@schools.nyc.gov> 2026年9月14日 08:37
收件人： Ccc <c81510668@gmail.com>
抄送： fip <fip@nysad65.com>, 州教育厅法律部门 <legal@nysed.gov>, Aruna Ali <AAli2823@schools.nyc.gov>, sthinfo <sthinfo@schools.nyc.gov>

Good morning, Mr. Xia,

Thank you for providing this info. As noted previously, McKinney Vento rights do not override a school's seat capacity. PS 184 does not currently have PreK seats open and unless their roster changes, it means no additional students of any housing status can be placed there.

As the DOE's Students in Temporary Housing Office does not certify housing status, you have done the right thing to submit an appeal. At this time, there is nothing more I or my Office can do, unless it is later determined that you are in temporary housing.

You can keep your communication with the school, the State, and any others needed, and they will loop the Office of Students in Temporary Housing back in, if needed.

Thanks and best to you and your family.

Also, kindly note that Arian Halsey is no longer with our division and has been removed from this email.

Best,

# EXHIBIT H

## NYSED OFFICIAL SECTION 310 FILING CHANNEL

### Current official NYSED directory entry

> "Appeals to the Commissioner (Pursuant to Education Law §§ 310 and 306) — legal@nysed.gov — (518) 474-6400."

### Official filing rule / instructions

> "shall be transmitted to the Office of Counsel as an email attachment ... at the following email address: legal@nysed.gov."

**What the official sources establish:** NYSED designates **legal@nysed.gov** as the Office of Counsel electronic filing address for Commissioner appeals under Education Law § 310. Homeless-student appeals use the special procedures applicable to § 310 appeals.

### Official sources (accessed September 15, 2026):

- **NYSED Office of Counsel - Instructions and Sample Forms for Filing an Appeal**
  https://www.counsel.nysed.gov/appeals/instruction
- **NYSED Office of Counsel - 8 NYCRR Part 275, § 275.9 Filing**
  https://www.counsel.nysed.gov/rulesandregs/part275.htm
- **NYSED A-Z Directory - Appeals to the Commissioner**
  https://www.nysed.gov/about/index-a-z
- **Official NYSED regulation amendment PDF**
  https://www.counsel.nysed.gov/sites/counsel/files/terms-parts-275-276-310-appeals.pdf

*Source note:* This page is a concise exhibit identifying and quoting the relevant portion of the current official NYSED sources; the URLs above permit direct verification of the full official pages.

# EXHIBIT I

## New York City Law Department - ServiceECF Receipt

Receipt received September 15, 2026 at approximately 8:29 a.m.

8:40 5G+ 71

Proof of service receipt 收件箱

ServiceECF (Law) 上午8:29
发给 me

翻译成中文

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York. Please retain it for your records. Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities. Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.

回复 转发

*The receipt states that the Office of Corporation Counsel accepted service only for the City and entities for which the Law Department is authorized to accept service, and did not accept service on individually named parties.*