UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIA, et al.,<br><br>Plaintiffs,<br><br>-v-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | 26-CV-08003 (JAV)<br><br><u>ORDER</u> |

JEANNETTE A. VARGAS, United States District Judge:

Pending before the Court is Plaintiffs' motion requesting to file the Declaration of Shengshen Xia (the "Xia Declaration") and all exhibits attached thereto under seal, and to file publicly redacted versions of Minor Plaintiffs' Reply in Support of its Motion for a Temporary Restraining Order and Preliminary Injunction (the "Reply Brief") and the Xia Declaration. *See* ECF No. 28, at 1. For the reasons that follow, the motion is GRANTED.

Plaintiffs seek to redact certain personal and confidential business information contained in the Reply Brief and the Xia Declaration. *Id.* These redactions cover "(1) information identifying J.X. and Y.X. beyond their initials and (2) the substance of Y.X.'s IEP evaluation and Neuropsychological Assessment where it is quoted or described in the Reply Brief and the Xia Declaration because this is sensitive medical information of a minor." *Id.*

Courts often permit plaintiffs in similar actions to proceed anonymously to protect the privacy interests of minor plaintiffs. *See B.J.S. v. State Educ. Dep't/Univ. of State of N.Y.*, No. 08-CV-513A F, 2010 WL 502796, at *4 (W.D.N.Y. Feb. 9, 2010) (collecting cases). Courts also generally permit medical and other sensitive information of minors to remain under seal. *See Spring v. Allegany-Limestone Cent. Sch. Dist.*, 2021 WL 4166628, at *1 (W.D.N.Y. Sept. 14, 2021)

(granting motion to seal deceased student's medical records, IEP, and psychosocial evaluation).

The Court has reviewed the documents subject to these requests and concludes that Plaintiffs have proposed narrowly tailored redactions to ensure that only sensitive information that could potentially lead to the identification of the minors is hidden from the public view. Thus, the Court holds that Plaintiffs' proposed redactions and sealing as to these documents is "essential to preserve higher values and is narrowly tailored to serve that interest." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).

Accordingly, Plaintiffs' motion to seal and file publicly redacted versions of the Reply Brief and Xia Declaration is GRANTED. The Clerk of Court is hereby directed to terminate ECF No. 28 in this matter.

SO ORDERED.

Dated: October 27, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge